JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA CATIZONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and THE BANK OF MISSOURI,<br><br>　　　　Defendants. | Case No. 8:24-cv-01960-JWH-JDEx<br><br>**JUDGMENT** |

Pursuant to the (In Chambers) Order [ECF No. 14] entered on or about December 16, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE